FILED ___ LODGED ___ RECEIVED

NOV 18 2016

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY ___ DEPUTY

Honorable Ronald B. Leighton
Honorable David W. Christel

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

CALVIN MALONE,

  Plaintiff,

vs.

MARK STRONG and BILL VAN HOOK,

  Defendants.

NO. 16-CV-05284-RBL-DWC

ORDER CONSOLIDATING CASES

THIS MATTER having come on before this Court on the parties' motion for an order consolidating cases; the Court having determined that the request is justified and appropriate, and the Court deeming itself fully advised in this matter, NOW, THEREFORE, it is hereby

ORDERED that the following cases should be consolidated with this case:

| Brennan, Duane | 16-CV-05547-RBL-DWC |
| Brooks, John | 16-CV-05535-RBL-DWC |
| Cole, Michael | 16-CV-05544-RBL-DWC |
| Coleman, Tommy | 16-CV-05555-RBL-DWC |
| Dumas, Dennis | 16-CV-05549-RBL-DWC |
| Fox, Ronald | 16-CV-05532-RBL-DWC |
| Geier, Paul | 16-CV-05539-RBL-DWC |
| Hancock, George | 16-CV-05541-RBL-DWC |
| Hopkins, Matthew | 16-CV-05548-RBL-DWC |

| | |
|---|---|
| Jackson, Richard | 16-CV-05551-RBL-DWC |
| Jaeger, Gregory | 16-CV-05546-RBL-DWC |
| Jones, Scott | 16-CV-05540-RBL-DWC |
| Malone, Calvin | 16-CV-05284-RBL-DWC |
| Mathis, Jeremy | 16-CV-05545-RBL-DWC |
| Mitchell, George | 16-CV-05530-RBL-DWC |
| Nelson, Zachary | 16-CV-05542-RBL-DWC |
| Parsons, Jonathan | 16-CV-05537-RBL-DWC |
| Pisoni, John | 16-CV-05854-RBL-DWC |
| Pouncy, Curtis | 16-CV-05550-RBL-DWC |
| Robinson, Mark | 16-CV-05534-RBL-DWC |
| Schoonover, Richard | 16-CV-05533-RBL-DWC |
| Townsend, Joseph | 16-CV-05538-RBL-DWC |
| Turner, James | 16-CV-05556-RBL-DWC |

DATED this 15th day of November, 2016.

_____
David W. Christel, Judge

Presented by:

HESTER LAW GROUP, INC., P.S.
Attorneys for Plaintiffs

By:   /s/ Casey M. Arbenz
      Casey M. Arbenz
      WSB #40581

Approved as to form and notice of presentment waived:

By:   /s/ Craig B. Mingay
      Craig B. Mingay
      WSB# 45106